# IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF NEW MEXICO

O CENTRO ESPIRITA BENEFICENTE
UNIÃO DO VEGETAL IN THE U.S., *et al.*,

      Plaintiffs,

vs.                                                                                  No. CV-1137 JB-KK

KIRSTJEN NIELSEN, *et al.*,

      Defendants.

## ORDER AND JUDGMENT

THIS MATTER coming before the Court upon Defendants' Motion for Entry of

Judgment (ECF No. 26), it being stated that opposing counsel does not oppose the granting of

the motion, the Court having read the motion and being fully advised in the premises finds that

the motion is well taken.

IT IS THEREFORE ORDERED that judgment be entered for Plaintiffs in this matter.

_____
United States District Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted on 3/23/18*
FRANCESCA M. GENOVA
Trial Attorney
*Attorney for Defendants*


*Approved on 3/23/18*
OLSI VRAPI
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

JOE GALLEGOS,
EDWARD TROUP, a.k.a. "Huero Troup,"
BILLY GARCIA, a.k.a. "Wild Bill,"
ALLEN PATTERSON,                           NO. CR 15-4268 JB
CHRISTOPHER CHAVEZ, a.k.a. "Critter,"
ARTURO ARNULFO GARCIA, a.k.a.
"Shotgun,"
ANDREW GALLEGOS, a.k.a. "Smiley,"
and
SHAUNA GUTIERREZ,

        Defendants.

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written joint motion of the United States of America and Trial II Defendants, for an extension of time to file their Exhibit Lists that are due on March 23, 2018, and the Court, being advised that all Trial II Defendants in this case do not oppose the extension, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file Exhibit Lists is granted. The United States and Trial II Defendants shall file their Exhibit Lists on or before **March 26, 2018**.

_____
United States District Judge