### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

O CENTRO ESPIRITA BENEFICIENTE UNIAO
DO VEGETAL IN THE U.S.; JOSE CARLOS
GARCIA; DANIELLE HOUNSELL SILVA
GARCIA and J.H.S.G., a minor,

      Plaintiffs,

vs.                                                                                                       No. CIV 17-1137 JB/KK

ELAINE DUKE, Acting U.S. Secretary of
Homeland Security; L. FRANCIS CISSNA,
Director of U.S. Citizenship and Immigration
Services; KATHY BARAN, Director of U.S.
Citizenship and Immigration Services
California Service Center; UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES,
an agency of the United States, in their official
capacity, and UNITED STATES OF AMERICA,

      Defendants.

### **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Court's Order and Judgment, filed March 26, 2018 (Doc. 27)("Order"). In the Order, the Court entered an unopposed judgment in favor of Plaintiffs O Centro Espirita Beneficiente Uniao Do Vegetal in the U.S., Jose Carlos Garcia, Danielle Hounsell Silva Garcia, and J.H.S.G. Order at 1. Having disposed of all issues, claims, and parties before the Court, the Court now dismisses this case and enters Final Judgment.

**IT IS ORDERED** that: (i) this case is dismissed; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Olsi Vrapi
Noble & Vrapi PA
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

James D. Tierney
  Acting United States Attorney
Brandon Fyffe
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

-- and --

Hans Harris Chen
  Senior Litigation Counsel
Francesca Genova
  Trial Attorney
Office of Immigration Litigation
Civil Division
United States Department of Justice
Washington, D.C.

    *Attorneys for the Defendants*